RILEY SAFER HOLMES & CANCILA LLP
JEFFREY R. WILLIAMS (CSB No. 084156)
jwilliams@rshc-law.com
JOSHUA L. ROQUEMORE (CSB No. 327121)
jroquemore@rshc-law.com
100 Spectrum Center Drive, Ste 650
Irvine, CA  92618
Telephone:   (949) 359-5500
Facsimile:   (949) 359-5501

Attorneys for Defendants
TTI OUTDOOR POWER EQUIPMENT, INC. and
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE PRICE and ANABELLE CASANOVA,<br><br>            Plaintiffs,<br><br>    v.<br><br>TTI OUTDOOR POWER EQUIPMENT, INC., HOME DEPOT U.S.A., INC., and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.  2:26-cv-02132<br><br>(Los Angeles County Superior Court, Case No. 26NNCV00436)<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK AND THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT Defendants TTI OUTDOOR POWER EQUIPMENT, INC. ("TTI") and HOME DEPOT U.S.A., INC. ("Home Depot") (collectively referred to as "Defendants") hereby give notice of removal of the above-entitled civil action from the Superior Court of the State of California, County of Los Angeles, 600 East Broadway, Glendale, CA 91206, Case No. 26NNCV00436, to the United States District Court for the Central District of California.  Removal of this case is authorized under 28 U.S.C. § 1441(b), based upon the following facts:

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

## PROCEDURAL HISTORY

1.   On or about January 21, 2026, Plaintiffs Sage Price and Anabelle Casanova ("Plaintiffs") commenced a civil action against Defendants by filing with the Clerk of the Los Angeles County Superior Court a Summons and Complaint. Service of the Summons and Complaint on Home Depot was completed on or about January 28, 2026.

2.   The Summons and Complaint were served by personal service on Home Depot on or about January 28, 2026.  The Summons and Complaint were served by personal service on TTI on or about January 29, 2026.  True and correct copies of the Summons and Complaint are attached hereto as **Exhibit A**.

3.   On February 26, 2026, Defendants filed their Answer to Plaintiffs' Complaint. A true and correct copy of Defendants' Answer is attached hereto as **Exhibit B**.

4.   As of February 27, 2026, no discovery or substantive proceedings have been conducted in the state court action.

## JURISDICTION

5.   Under 28 U.S.C. § 1332, this Court has original jurisdiction of this civil action based on diversity of citizenship of the parties, and Defendants may remove the action to this Court pursuant to 28 U.S.C. § 1441(b).

## DIVERSITY OF CITIZENSHIP

6.   At the time the action was filed in state court, Plaintiffs were, and are, citizens of the State of California and residents of the County of Los Angeles. (*See* Ex. A, Complaint ¶ 1.)

7.   At the time the action was filed in state court, TTI was, and is, incorporated in the State of Delaware, with its principal place of business in Anderson, South Carolina. (*See* Ex. A, Complaint ¶ 2.)

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

8. At the time the action was filed in state court, Home Depot was, and is, incorporated in the State of Delaware, with its principal place of business in Atlanta, Georgia. (*See* Ex. A, Complaint ¶ 3.)

## AMOUNT IN CONTROVERSY

9. The Complaint alleges that Plaintiff Sage Price's medical damages alone "exceed $100,000 and will continue to increase." (Ex. A, Complaint ¶¶ 18, 45.) In addition, Plaintiffs demand general damages, loss of earnings and earning capacity, and punitive damages. (Ex. A, Complaint, Prayer for Relief at p. 15.) Accordingly, the amount in controversy, exclusive of interests and costs, exceeds $75,000.

10. As shown herein, the requirements of 28 U.S.C. § 1332 are satisfied, as there is complete diversity among the parties, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Accordingly, this action is properly removable to federal court pursuant to 28 U.S.C. §§ 1332 and 1441(a).

## TIMELINESS OF REMOVAL

11. Under 28 U.S.C. § 1446, Defendants' Notice of Removal is timely because it is filed within 30 days of Plaintiffs' service on Defendants of the Summons and Complaint. Moreover, this Notice of Removal is timely because it is filed within one year of the commencement of the action. *See also* 28 U.S.C. § 1441(b).

## SERVICE OF NOTICE OF REMOVAL ON STATE COURT

12. Promptly following the filing of this Notice of Removal in the United States District Court for the Central District of California, the undersigned will give counsel for Plaintiffs written notice of such filing. A true and correct copy of this notice form is attached hereto as **Exhibit C** (without attachments). Written notice will also be filed with the Clerk of the Superior Court of the County of Los Angeles. A true and correct copy of this notice form is attached hereto as **Exhibit D** (without attachments).

/ / /

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

WHEREFORE, Defendants respectfully request that this action now pending in the Superior Court of California, County of Los Angeles, be removed to this Court, and that further proceedings in this action be conducted in this Court as provided by law.

Dated: February 27, 2026                    RILEY SAFER HOLMES & CANCILA LLP

By: _____
JEFFREY R. WILLIAMS
JOSHUA L. ROQUEMORE
Attorneys for Defendants
TTI OUTDOOR POWER EQUIPMENT, INC. and HOME DEPOT U.S.A., INC.

- 4 -                         Case No. 2:26-cv-02132
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)